# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Craig d'Augereau
WNC Dogwood D-1 DOC No. 417285
P.O. Box 1260
Winnfield, LA 71483-1260

**REHEARING ACTION: September 17, 2014**

**Docket Number: 14   00176-KH**

**STATE OF LOUISIANA
VERSUS
CRAIG D'AUGEREAU**

**Writ Application from Lafayette Parish Case No. 113,821**

**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux
   Hon. Sylvia R. Cooks
   Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Craig d'Augereau** has this day been

   **DENIED.**

cc: Michael Harson, Counsel for  the Respondent